IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WATERMARK SOLID SURFACE, INC.,

                Plaintiff,                      ORDER

   v.

                                                08-cv-418-slc

STA-CARE, INC.,

                Defendant.

---

On December 17, 2008, this court held a telephonic hearing on defendant's second motion to compel discovery. *See* Dkt. 13. Both sides were represented by counsel.

At the hearing, the court learned the sequence of events leading to the motion and went through the still-disputed items with both sides. After hearing from both parties and for reasons stated on the record, I granted the motion to compel in part and denied it in part in the manner and for the reasons stated at the hearing.

Not later than December 19, 2008, the parties should submit to the court their proposed joint protective order for confidential information exchanged in this case. Not later than December 24, 2008, plaintiff should complete its disclosures on the discovery items discussed at the telephonic motion hearing.

As discussed at the hearing, I am granting at least partial cost-shifting in defendant's favor pursuant to Rule 37(a)(5). Defendant may have until December 19, 2008 within which to submit its itemized bill of costs and any brief arguing in support of what proportion of this bill

the court should order paid. Plaintiff may have until December 24, 2008 within which to object to the reasonableness of the fees requested and the amount that should be shifted to plaintiff.

The parties had no other substantive matters to bring to the court's attention.

Entered this 17th day of December, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge