IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WATERMARK SOLID SURFACE, INC.,

      Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                          Case No. 08-cv-418-slc

STA-CARE, INC.,

      Defendant.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sta-Care, Inc. and this case is dismissed.

_Peter Oppeneer_                                    3/19/2009
Peter Oppeneer, Clerk of Court                Date